

**HINSHAW**
& CULBERTSON LLP

**RECEIVED**

OCT 1 8 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**ATTORNEYS AT LAW**

October 14, 2005

244 Jackson Street
Suite 300
San Francisco, CA 94111-1826

415-362-6000
415-834-9070 (fax)
www.hinshawlaw.com

Chief Magistrate Judge James Larson
450 Golden Gate Avenue
Courtroom F, 15th Floor
San Francisco, CA 94102

Re: **_Lando v. California Associated Insurance Brokers_**
**United States District Court, Northern California,**
**Case No. C 05 01617 BZ**
**Policy No.: 1104-00060810A**
**Claim No.: 10201.00301**

Dear Honorable Judge Larson:

The above action is scheduled for a Settlement Conference with your honor at 2:00 p.m., November 3, 2005. Pursuant to the Notice of Settlement Conference and Settlement Conference Order, defendant California Associated Insurance Brokers hereby submits this written application for its insurance carrier representative to appear by telephone standby.

Good cause exists to excuse the personal appearance of the insurance company representative on the following grounds:

(1)    The claims representative assigned to this matter is not located in California, but in New York, and travel will create a substantial hardship;

(2)    The claims representative will be and will remain immediately available for telephone conference with counsel or your honor during the entire Settlement Conference; and,

(3)    Counsel for California Associated Insurance Brokers will be physically present at the conference and will have adequate settlement authority.



Arizona  California  Florida  Illinois  Indiana  Massachusetts  Minnesota  Missouri  New York  Oregon  Rhode Island  Wisconsin

Chief Magestrate Judge James Larson
October 14, 2005
Page 2

    By copy of this letter to all counsel, California Associated Insurance Brokers is notifying all other counsel in this action of its request.

Very truly yours,

HINSHAW & CULBERTSON LLP

BRADLEY M. ZAMCZYK

BMZ./bes

cc: Michael F. Hardiman, Esq.
Lawrence A. Strick, Esq.