1  MICHAEL F. HARDIMAN, State Bar #104508
   DOLORES BASTIAN DALTON, State Bar #094931
2  HARDIMAN & CARROLL
   332 Pine Street
3  Suite 400
   San Francisco, California 94104
4  Tel:  (415) 248-3930
   Fax:  (415) 248-3933
5
   Attorneys for Plaintiff
6  STATE NATIONAL INSURANCE COMPANY

7

8               IN THE UNITED STATES DISTRICT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11 STATE NATIONAL INSURANCE     )   CASE NO. C 05 01617 BZ
   COMPANY,                     )
                                )   STIPULATION CONTINUING
12            Plaintiff,        )   PRETRIAL DEADLINES AND TRIAL;
                                )   ORDER
13      v.                      )
                                )
14 MYRON HENRY LANDO,           )
                                )
15            Defendant.        )
                                )
16 _____)
                                )
17 AND RELATED CROSS-ACTION     )
   _____)
18

19      This action was referred by the Court to Magistrate James

20 Larson for a Settlement Conference. A Settlement Conference

21 was held on November 3, 2005. The parties are engaged in

22 continuing discussions under Magistrate Larson's supervision.

23      In order to allow settlement discussions to continue, it

24 is hereby stipulated by and among counsel for plaintiff State

25 National Insurance Company, defendant Myron Henry Lando and

26 cross-defendant California Associated Insurance Brokers that

27 all pretrial deadlines previously set by the court, i.e., close

28 of non-expert discovery, expert disclosure, expert discovery

                                1
   STIPULATION CONTINUING PRETRIAL DEADLINES AND TRIAL; ORDER
   M:\S2900\S2900.061\p1002.Stip Cont Pretrial.wpd

1  and deadline for hearing dispositive motions shall be continued
2  for a period of 90 days. The Pretrial Conference, previously
3  set for April 18, 2006, at 4:00 p.m., shall be continued until
4  July 18, 2006, at 4:00 p.m. Trial shall be continued from May
5  8, 2006, at 8:30 a.m., until August 7, 2006, at 8:30 a.m.

6  DATED: December 15, 2005          HARDIMAN & CARROLL

7                                    By _____
                                      MICHAEL F. HARDIMAN
8                                     Attorney for Plaintiff
                                      STATE NATIONAL INSURANCE
9                                     COMPANY

10 DATED: 12-20-05

11                                 By _____
                                      LARRY STRICK
12                                    Attorney for Defendant
                                      MYRON HENRY LANDO
13

14 DATED: December 20, 2005           HINSHAW & CULBERTSON
15
16                                 By _____
                                      BRAD ZAMCYK
17                                    Attorney for Cross-Defendant
                                      CALIFORNIA ASSOCIATED
18                                    INSURANCE BROKERS

19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

## ORDER

Good Cause appearing, and upon stipulation of the parties, close of non-expert discovery, expert disclosure, expert discovery and the deadline for hearing dispositive motions shall be continued for a period of 90 days. The Pretrial Conference, previously set for April 18, 2006, at 4:00 p.m., shall be continued until July 25, 2006, at 4:00 p.m. Trial shall be continued from May 8, 2006, at 8:30 a.m., until August 14, 2006, at 8:30 a.m.

DATE: 21 Dec 05

Magistrate Bernard Zimmerman

STIPULATION CONTINUING PRETRIAL DEADLINES AND TRIAL; ORDER