United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8           UNITED STATES DISTRICT COURT
9           NORTHERN DISTRICT OF CALIFORNIA
10
11  STATE NATIONAL INSURANCE           No. C 05-1617 BZ  (JL)
    COMPANY,
12
            Plaintiffs,
13                                      FURTHER SETTLEMENT
        v.                              CONFERENCE AND SETTLEMENT
14  MYRON HENRY LANDO, ET AL.,          CONFERENCE ORDER
15
            Defendants.
16  _____
17  MYRON HENRY LANDO,
18          Cross-Complainant,
19      v.
20  CALIFORNIA ASSOCIATED
21  INSURANCE BROKERS, INC.,
22          Cross-Defendant.
23  _____/
24          TO ALL PARTIES AND COUNSEL OF RECORD:
25      PLEASE TAKE NOTICE that a further settlement conference has been scheduled
26  for **Friday, March 10, 2006 at 10:00 a.m.,** in Judge Larson's chambers, located at the
27  Federal Building, 450 Golden Gate Avenue, 15th Floor, San Francisco, California 94102.
28

SETTLEMENT CONFERENCE NOTICE            1

1   The parties shall notify Magistrate Judge Larson's chambers immediately if this case
2  settles prior to the date set for settlement conference.

4  DATED: February 10, 2006

_____
JAMES LARSON
United States Chief Magistrate Judge