```
                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA


STATE NATIONAL INSURANCE    )
COMPANY,                    )
                            )   No. C05-1617 BZ
       Plaintiff(s),        )
                            )   **CONDITIONAL DISMISSAL OF**
       v.                   )   **STATE NATIONAL INSURANCE**
                            )   **COMPANY v. MYRON HENRY LANDO**
MYRON HENRY LANDO,          )
                            )
       Defendant(s).        )
────────────────────────────)
                            )
MYRON HENRY LANDO,          )
                            )
       Cross-Complainant(s),)
                            )
       v.                   )
                            )
CALIFORNIA ASSOCIATED       )
INSURANCE BROKERS, INC.,    )
                            )
       Cross-Defendant(s).  )
────────────────────────────)
```

The Court having been advised that plaintiff and defendant have agreed to a settlement, **IT IS HEREBY ORDERED** that State National Insurance Company v. Myron Henry Lando is **DISMISSED WITH PREJUDICE** and all scheduled matters, including the hearing on plaintiff's Motion for Partial Summary Judgment scheduled for April 19, 2006, are **VACATED**; provided, however,

1

1 | that any party may, within **30 days** of the date of this Order,
2 | move the Court to restore this matter to the calendar on the
3 | grounds that the settlement has not been consummated.  The
4 | cross-complaint <u>Myron Henry Lando v. California Associated
5 | Insurance Brokers, Inc.</u> remains on calendar.
6 | Dated:  April 4, 2006

*Bernard Zimmerman*
Bernard Zimmerman
United States Magistrate Judge

10 | G:\BZALL\-BZCASES\STATE NAT'L INS\DISM.wpd