UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STATE NATIONAL INSURANCE   )
COMPANY,                   )
                           )       No. C05-1617 BZ
        Plaintiff(s),      )
                           )       **CONDITIONAL ORDER OF**
        v.                 )       **DISMISSAL**
                           )
MYRON HENRY LANDO,         )
                           )
        Defendant(s).      )
_____)
                           )
MYRON HENRY LANDO,         )
                           )
        Cross-Complainant(s),  )
                           )
        v.                 )
                           )
CALIFORNIA ASSOCIATED      )
INSURANCE BROKERS, INC.,   )
                           )
        Cross-Defendant(s).  )
_____)

        The Court having been advised that all parties have agreed to a settlement, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE** and all scheduled matters are **VACATED**; provided, however, that any party may, within **30 days** of the date of this Order, move the Court to restore this matter to the calendar on the grounds that the settlement has

1

1   not been consummated.

2   Dated: July 7, 2006

3

4   _____
                    Bernard Zimmerman
               United States Magistrate Judge

5

6   G:\BZALL\-BZCASES\STATE NAT'L INS\DISM.CROSS-ACTION.wpd

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28